**2016–1306.   State v. Taulbee.**
Fairfield App. No. 16–CA–10, 2016-Ohio-5445. Reported at 148 Ohio St.3d 1426, 2017-Ohio-905, 71 N.E.3d 298. On motion for reconsideration. Motion denied.

**2016–1365.   Barton v. Barton.**
Greene App. No. 2015–CA–53, 2016-Ohio-5264. Reported at 148 Ohio St.3d 1411, 2017-Ohio-573, 69 N.E.3d 751. On motion for reconsideration. Motion denied.

**2016–1388.   Cunningham v. Protect Autoworks.**
Portage App. No. 2015–P–0066, 2016-Ohio-4745. Reported at 148 Ohio St.3d 1411, 2017-Ohio-573, 69 N.E.3d 751. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.

**2016–1437.   State v. Armstrong.**
Cuyahoga App. No. 103088, 2016-Ohio-2627. Reported at 148 Ohio St.3d 1427, 2017-Ohio-905, 71 N.E.3d 298. On motion for reconsideration. Motion denied.

**2016–1529.   Masten v. Masten.**
Fairfield App. No. 16–CA–4, 2016-Ohio-5738. Reported at 148 Ohio St.3d 1427, 2017-Ohio-905, 71 N.E.3d 298. On motion for reconsideration. Motion denied.

**2016–1598.   State v. Myers.**
Wood App. No. WD–16–007, 2016-Ohio-7112. Reported at 148 Ohio St.3d 1428, 2017-Ohio-905, 71 N.E.3d 299. On motion for reconsideration and/or en banc consideration. Motion denied. On motion to correct clerical error. Motion denied.

**2016–1679.   Farmer v. E. Knox Bd. of Edn.**
Knox App. No. 2016CA00014. Reported at 148 Ohio St.3d 1428, 2017-Ohio-905, 71 N.E.3d 299. On motion for reconsideration. Motion denied.

**2016–1717.   State ex rel. Griffin v. Myers.**
In Mandamus. Reported at 148 Ohio St.3d 1406, 2017-Ohio-573, 69 N.E.3d 748. On motion for reconsideration. Motion denied.

**2016–1745.   State ex rel. Haddix v. Forchione.**
In Mandamus and Procedendo. Reported at 148 Ohio St.3d 1406, 2017-Ohio-573, 69 N.E.3d 748. On motion for reconsideration. Motion denied.

**2017–0041.   State v. Jabbaar.**
Cuyahoga App. No. 104922. Reported at 148 Ohio St.3d 1424, 2017-Ohio-905, 71 N.E.3d 296. On motion for reconsideration. Motion denied.

*May 18, 2017*

2017-Ohio-2846.]

**2017–0563.   State ex rel. St. Clair Twp. Bd. of Trustees v. Barnes.**
In Mandamus.

**2017–0589.   State ex rel. Klein v. Precision Excavating & Grading Co.**
Franklin App. No. 15AP–908, 2017-Ohio-1020.